

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00558-CV

**BRUINGTON ENGINEERING, LTD.**,
Appellant

v.

**PEDERNAL ENERGY, L.L.C.**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,767
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment dated July 29, 2013 is REVERSED, and judgment is RENDERED that Appellee Pedernal Energy, L.L.C.'s complaint is dismissed with prejudice. Costs of this appeal are taxed against Appellee Pedernal Energy, L.L.C.

SIGNED August 27, 2014.

_____
Patricia O. Alvarez, Justice